UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

    -v-                        :       INFORMATION

MELVIN MCKINNEY,               :
                                           07 Cr.
        Defendant.         :

- - - - - - - - - - - - - - -x

07 Cr. 909

## COUNT ONE

The United States Attorney charges:

1. On or about April 8, 2007, in the Southern District of New York, MELVIN MCKINNEY, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, approximately 3.5 grams of mixtures and substances containing a detectable amount of methamphetamine.

(Title 21, United States Code,
Sections 812 and 844;
Title 18, United States Code, Section 2.)

## COUNT ONE

The United States Attorney further charges:

2. On or about April 25, 2007, in the Southern District of New York, MELVIN MCKINNEY, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-20__

to wit, approximately 3.5 grams of mixtures and substances containing a detectable amount of methamphetamine.

(Title 21, United States Code,
Sections 812 and 844;
Title 18, United States Code, Section 2.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v -**

**MELVIN MCKINNEY,**

**Defendant.**

INFORMATION

07 Cr. _____

(Title 21, United States Code,
Sections 812 and 844; Title 18, United
States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

-3-