

**A U B R E Y   L E E S**
ATTORNEY AND COUNSELLOR AT LAW
799 BROADWAY
NEW YORK, NEW YORK 10003

TELEPHONE (212) 477-1899
TELECOPIER (212) 477-2014



December 5th, 2007

Honorable Ronald L. Ellis
Magistrates Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  United States of America v. Melvin McKinney**
**Mag. Dkt. No:  07 Mag. 785**

Dear Magistrate Ellis:

I represent Melvin McKinney the defendant in the instant matter and I write to respectfully request Your Honor to *so order* the instant application granting Mr. McKinney permission to travel from New York City on December 17th, 2007 to Austin, Texas, returning to New York City on December 25th, 2007, in order to spend Christmas with his elderly, ailing, father.

By way of background, Mr. McKinney was charged in a complaint with violating 21 U.S.C. Section 846 and was arraigned on May 31st, 2007, before Magistrate Judge Andrew J. Peck. Mr. McKinney was ordered released on the following conditions: (1) $25,000.00 personal recognizance bond, co-signed by one financially responsible person; (2) travel limited to the Southern and Eastern Districts of New York; (3) surrender of any travel documents and no new applications; (4) strict pre-trial supervision with drug testing and treatment; and (5) defendant to be released upon his own signature with the other conditions met by June 14th, 2007. All of the conditions were satisfied by June 14th, 2007 and Mr. McKinney has continued to comply and cooperate with the supervision of pre-trial services. Mr. McKinney has no prior criminal convictions.

On October 3rd, 2007, Mr. McKinney pled guilty before Your Honor, to two misdemeanor counts of possession of Methamphetamine, in violation of Title 21, USC, Sections 812 and 844 and Title 18 USC, Section 2; sentencing is scheduled for January 8th, 2008, at 10:00am.

515

Letter to the Honorable Ronald L. Ellis
Re: *US v. Melvin McKinney*
Page 2
12/5/07


            I  note  that  the  Government  as  well  as  Pretrial
Services consents to the instant application.

            Thank  you  very  much  for  your  consideration  of  this
request.


                                        Very truly yours,

                                        Aubrey Lees


AL:ba

cc:  AUSA Marshall Camp (By Facsimile)
     Pretrial Services Officer, Carlos Ramirez (By Facsimile)


**SO ORDERED**  12-7-07

MAGISTRATE JUDGE RONALD L. ELLIS

So Orderd:


_____        Date: _____
Honorable Ronald L. Ellis
Magistrate, Southern District of New York